# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 73

Kayla M. Schauer,                                    Plaintiff and Appellant

v.

Zachery Peterson,                                    Defendant and Appellee

## No. 20210250

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Bruce A. Romanick, Judge.

AFFIRMED.

Per Curiam.

Theresa L. Kellington, Bismarck, ND, for plaintiff and appellant.

Alex S. Kelsch, Mandan, ND, for defendant and appellee.

## Schauer v. Peterson
## No. 20210250

**Per Curiam.**

[¶1]   Kayla Schauer appeals from an amended judgment awarding primary residential responsibility of their child to Zachery Peterson, claiming the district court erred in awarding Peterson primary residential responsibility. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte